## Edna Brackensick, Appellant, v. Chicago Motor Coach Company, Appellee.

**Gen. No. 46,294.** 

First District, Second Division.

December 14, 1954.

Released for publication January 4, 1955.

John A. Graf, and Delmar J. Hill, for appellant; George F. Barrett, for appellee; Sidney M. Glick, and Edward Wolfe, of counsel. Opinion by JUSTICE ROBSON. Not to be published in full.